UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 17-cr-0221 (WMW) |
| Plaintiff, | **ORDER** |
| v. | |
| Jeremy Richard Lundin, | |
| Defendant. | |

This Court denied Defendant Jeremy Richard Lundin's motion to vacate his sentence pursuant to 28 U.S.C. § 2255. (Dkt. 88.) Lundin now moves for a certificate of appealability. (Dkt. 90.) When a final order is issued in a Section 2255 proceeding, a "certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons addressed in this Court's March 26, 2020 Order denying Lundin's Section 2255 motion, the Court concludes that Lundin has not made a substantial showing of the denial of a constitutional right. Accordingly, no certificate of appealability shall issue.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Jeremy Richard Lundin's motion for a certificate of appealability, (Dkt. 90), is **DENIED**.

Dated: April 2, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge